STATE OF NEW JERSEY v. ARTHUR SIMPSON.

September 16, 1975. Petition for certification denied.

GENERAL ROOFING CO., INC. v. MARTIN BELASCO.

September 16, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. GEORGE WILLIAMS.

September 16, 1975. Petition for certification denied.

STATE DEPARTMENT OF ENVIRONMENTAL PROTECTION
v. LLOYD A. FRY ROOFING COMPANY.

September 16, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. SIMON HARRIS.

September 16, 1975. Petition for certification denied.

LONGPORT ASSOCIATES v. LEON LEOPARDI.

September 16, 1975. Petition for certification granted.